IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROGER CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>WAYNE FREESTONE et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:20-CV-496-DAK<br><br>District Judge Dale A. Kimball |

  Plaintiff has not responded to the December 30, 2020 order to within thirty days file a renewed Application to Proceed IFP, reflecting non-prisoner status. (ECF No. 15.) Plaintiff was last heard from on December 14, 2020--over two months ago--when he filed a change of address. (ECF No. 14.)

  **IT IS ORDERED** that, because Plaintiff has neither followed the Court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

    DATED this 22nd day of February, 2021.

            BY THE COURT:

            _____
            DALE A. KIMBALL
            United States District Judge